AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States Securities and Exchange Commission, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-503 |
| Avraham Eisenberg, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Securities and Exchange Commission.

Date:  January 20, 2023

/s/ Alyssa A. Qualls
*Attorney's signature*

Alyssa A Qualls / AQ-4247
*Printed name and bar number*

United States Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 1450
Chicago, IL. 60604
*Address*

quallsa@sec.gov
*E-mail address*

(312) 886-2542
*Telephone number*

(312) 353-7398
*FAX number*