**Return of Service**

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

United States Securities and Exchange Commission
  Plaintiff

Case Number: 1:23-cv-503

vs.

Avraham Eisenberg
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Avraham Eisenberg at 354 Doremus Ave, Newark, NJ 07105.

I, Edward Abraham, being duly sworn, depose and say that on February 13, 2023 at or about 10:19 AM I served Summons & Complaint personally to Avraham Eisenberg at Essex County Corrections Department, 354 Doremus Ave, Newark, NJ 07105.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  2-13-23
Edward Abraham            Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2023-106580
Reference: 23-CHRO-008