

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
175 W. Jackson Boulevard, Suite 1450
Chicago, IL 60604

**Chicago
Regional Office**

July 11, 2025

<u>Via ECF</u>

Honorable Lorna G. Schofield
United States District Judge
United States District Court
for the Southern District of New York
40 Foley Square
New York, New York 10007

Application **GRANTED**.  The status update deadline is **ADJOURNED** to August 6, 2025.

Dated: July 11, 2025
New York, New York

**Lorna G. Schofield
United States District Judge**

Re: *SEC v. Eisenberg*,
<u>No. 1:23-cv-503-LGS (S.D.N.Y.)</u>

Dear Judge Schofield:

On June 11, 2025, the Court ordered the parties to provide an update on the status of the related criminal case, *United States v. Eisenberg*, 23-CR-10 (S.D.N.Y.), by July 14, 2025. (Dkt. No. 18.)

On June 16, 2025, the United States Attorney's Office for the Southern District of New York requested an extension of time to file a notice of appeal. (Crim. Dkt. No. 225.) The Court granted the request and ordered the government to file any notice of appeal by July 23, 2025. (Crim. Dkt. No. 227.)

Plaintiff United States Securities and Exchange Commission ("SEC") hereby respectfully requests two weeks from the government's deadline to file its notice of appeal, or until August 6, 2025, to update the Court on the status of the criminal case. This will allow the parties to determine whether the criminal case has in fact concluded. Defendant Eisenberg does not object to this request. This is the SEC's second request for an extension of time.

Respectfully Submitted,

*/s/ Alyssa A. Qualls*

Alyssa A. Qualls
Attorney for Plaintiff
United States Securities and Exchange Commission

cc: Sanford N. Talkin